STATE v. HENRY AUSTIN BEST.

(Filed 25 May, 1966.)

APPEAL by defendant from *Bickett, J.,* November 1, 1965, Criminal Session of DURHAM Superior Court.

In the Durham County Recorder's Court, defendant pleaded guilty to a warrant charging him with intoxication in a designated

public place in Durham, N. C. "this being his fourth offense of public drunkness *(sic)* within a period of 12 months, the said Henry Austin Best having been convicted on the 10-24-64, 11-24-64, 1-12-65 in Durham County Recorders Court." Judgment, imposing a fine and costs, was pronounced. Defendant appealed.

Upon hearing *de novo* in superior court on said warrant, defendant pleaded guilty; and, upon said plea, the court pronounced judgment imposing a prison sentence of twelve months. Defendant gave notice of appeal. On account of defendant's indigency, the court appointed M. Hugh Thompson, Esq., an attorney at law, to represent defendant in connection with his appeal to this Court.

*Attorney General Bruton and Deputy Attorney General McGalliard for the State.*
*M. Hugh Thompson for defendant appellant.*

PER CURIAM. The record on appeal consists of the record proper. Defendant's counsel states he has "been unable to find anything in connection with the record proper which would entitle this defendant to relief by this Court." He states further: "I . . . have talked with the defendant on several occasions in order to determine if there is any new evidence, and I find none."

The judgment pronounced in the superior court is authorized by G.S. 14-335(12).

No error appearing on the face of the record proper, the judgment of the court below is affirmed.

Affirmed.

MOORE, J., not sitting.